# Court of Appeals
# of the State of Georgia

ATLANTA, April 28, 2015

*The Court of Appeals hereby passes the following order*

**A15D0344. IN THE INTEREST OF: J. L. D. et al., CHILDREN (FATHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

14714J0932 14714J0933 14714J0934 14714J0935 14714J0936 14714J0937 14714J0938



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, April 28, 2015.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*